**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Freddie J. BOOKER, Defendant– Appellant.**

No. 05–2318.

United States Court of Appeals, Seventh Circuit.

Sept. 28, 2005.

Elizabeth Altman, Madison, WI, for Plaintiff–Appellee.

T. Christopher Kelly, Kelly & Habermehl, Madison, WI, for Defendant–Appellant.

Before POSNER, EASTERBROOK, and KANNE, Circuit Judges.

## ORDER

On remand for resentencing in accordance with the Supreme Court's decision in this case, the judge again imposed a 30–year sentence, which was within the guidelines range. However, the judge properly did not treat the guidelines as mandatory, but instead explained at length and convincingly why the guidelines sentence was consistent with the statutory sentencing factors, in view of the gravity of the defendant's crime and his long criminal record, notwithstanding the defendant's age (40). A guidelines sentence is presumptively reasonable, *United States v. Mykytiuk*, 415 F.3d 606 (7th Cir.2005), and there is

nothing here to rebut the presumption. The judgment is therefore

AFFIRMED.